UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIAN LUDKIEWICZ, | ) |
|     Plaintiff | ) |
| v. | ) Civil Action No. 04-30039-MAP |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
|     Defendant | ) |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below-named attorney enters an appearance as counsel for Defendant Unum Life Insurance Company of America:

> John J. Aromando
> Pierce Atwood
> One Monument Square
> Portland, ME 04101
> (207) 791-1100

Dated: 2/20/04

John J. Aromando
Bar Reg. No. 545648

Pierce Atwood
One Monument Square
Portland, ME 04101
(207) 791-1100

Attorneys for Defendant Unum Life
Insurance Company of America

{W0208910.1}