UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIAN LUDKIEWICZ,<br><br>    Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br><br>    Defendant | )<br>)<br>)<br>)<br>)  Civil Action No. 04-30039-MAP<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S CORPORATE
## DISCLOSURE STATEMENT

Unum Life Insurance Company of America has not issued shares to the public nor has its subsidiaries or affiliates. Its parent corporation, UnumProvident Corporation, has issued shares to the public.

DATED: 2/20/04

*[signature]*
John J. Aromando
Bar Reg. No. 545648

Pierce Atwood
One Monument Square
Portland, ME 04101
(207) 791-1100

Attorneys for Defendant
Unum Life Insurance Company of America

{W0208910.1}

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the within documents were served upon counsel for Plaintiff, via overnight mail, postage prepaid, addressed as follows:

> Michael J. Chernick, Esq.
> 73 State Street, Suite 310
> Springfield, MA 01103

DATED: February 20, 2004

*signature*
John J. Armando, BBO #545648

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

{W0212004.1}