UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

04 FEB 27 A 10: 11

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| MARIAN LUDKIEWICZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-30039-MAP |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendant ) | |

FILING FEE PAID:
RECEIPT # 305530
AMOUNT $ 50.00
BY DPTY CLK MEL
DATE 2/27/04

## MOTION TO ADMIT ATTORNEY GERALDINE G. SANCHEZ
## *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

(1)     Defendant seeks to have Attorney Geraldine G. Sanchez appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to the Local Rule 83.5.3.

(2)     I, John J. Aromando, am a member of the bar of this Court and have entered an appearance for Defendant in this case. I am a partner in the law firm of Pierce Atwood.

(3)     I am actively associated with Attorney Geraldine G. Sanchez, who is a partner at Pierce Atwood.

(4)     Accompanying this Motion is a Certificates by Geraldine G. Sanchez certifying that she meets the requirements specified in Local Rule 83.5.3.

{W0212004.1}

(5) No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

WHEREFORE, I hereby move that Geraldine G. Sanchez be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

DATED: February 26, 2004

                                               John J. Aromando, BBO # 545648

                                               PIERCE ATWOOD
                                               One Monument Square
                                               Portland, ME 04101
                                               (207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

{W0212004.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the enclosed pleadings were served upon counsel for Plaintiff, via overnight mail, addressed as follows:

> Michael J. Chernick, Esq.
> 73 State Street, Suite 310
> Springfield, MA 01103

DATED: 2/26/04

_____
John J. Aromando

{W0208910.1}