UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

'04 FEB 27 A 10: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

MARIAN LUDKIEWICZ,            )
                              )
        Plaintiff             )
                              )
v.                            )   Civil Action No. 04-30039-MAP
                              )
UNUM LIFE INSURANCE COMPANY   )
OF AMERICA                    )
                              )
        Defendant             )

### DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendant Unum Life Insurance Company of America ("Unum") hereby moves for an extension of the time in which it must serve a responsive pleading to the Complaint of Plaintiff up to and including March 21, 2004. Unum's answer is presently due to be served on Monday, March 1, 2004. Plaintiff assents to the present motion.

In support hereof, Unum has informed Plaintiff's counsel that it contends that the claims alleged in Plaintiff's complaint are preempted by ERISA. Counsel for Plaintiff is reviewing this issue and has indicted that he will amend the complaint to plead all claims under ERISA, if he agrees with Unum's position. Therefore, this extension of time is necessary so the parties can resolve the issue of preemption and to allow Plaintiff time to amend his complaint, if necessary. No prior extensions have been sought or granted. Plaintiff will suffer no prejudice if this brief extension is permitted.

{W0214198.1}

WHEREFORE, Defendant Unum respectfully requests that it be granted an enlargement of time to and including March 21, 2004, in which to serve its responsive pleading to Plaintiff's Complaint.

DATED: February 26, 2004

_____
John J. Aromando, BBO #545648

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

{W0214198.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the enclosed pleading was served upon counsel for Plaintiff, via overnight mail, addressed as follows:

> Michael J. Chernick, Esq.
> 73 State Street, Suite 310
> Springfield, MA 01103

DATED: 2/26/04

_____
John J. Aromando

{W0208910.1}