UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

[date stamp] 22 A 9 22

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| MARIAN LUDKIEWICZ, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE COMPANY )<br>OF AMERICA )<br>)<br>Defendant ) | Civil Action No. 04-30039-MAP |

**DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING**

Defendant Unum Life Insurance Company of America ("Unum") hereby moves for an extension of the time in which it must serve a responsive pleading to the Complaint of Plaintiff up to and including April 21, 2004. Unum's answer is presently due to be served on Monday, March 22, 2004. Plaintiff assents to the present motion.

In support hereof, Unum has informed Plaintiff's counsel that it contends that the claims alleged in Plaintiff's complaint are preempted by ERISA. Counsel for Plaintiff agrees that he will amend the complaint to plead all claims under ERISA. The parties have also commenced settlement discussions, and desire this additional time to complete those discussions over the course of the next thirty days and avoid incurring possibly unnecessary litigation costs. Therefore, this extension of time is necessary so the parties can complete settlement discussions, and, if unsuccessful, to allow Plaintiff time to

{W0214198.2}

amend his complaint, if necessary. Plaintiff will suffer no prejudice if this brief extension is permitted.

WHEREFORE, Defendant Unum respectfully requests that it be granted an enlargement of time to and including April 21, 2004, in which to serve its responsive pleading to Plaintiff's Complaint.

DATED: March 19, 2004

                                              Geraldine G. Sanchez

                                              PIERCE ATWOOD
                                              One Monument Square
                                              Portland, ME 04101
                                              (207) 791-1100

                                              *Attorneys for Defendant*
                                              *Unum Life Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the within documents were served upon counsel for Plaintiff, via overnight mail, postage prepaid, addressed as follows:

> Michael J. Chernick, Esq.
> 73 State Street, Suite 310
> Springfield, MA 01103

DATED: March 19, 2004

Geraldine G. Sanchez

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

{W0214198.2}