UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIAN LUDKIEWICZ, )<br>　　　　　　Plaintiff )<br>　v. )<br>UNUM LIFE INSURANCE COMPANY )<br>OF AMERICA, )<br>　　　　　　Defendant ) | Civil Action Number 04-30039-MAP |

## NOTICE OF APPEARANCE

Please enter the Appearance of Judd L. Peskin, Esq., Weiner and Peskin, P.C., as attorney for the Plaintiff, Marian Ludkiewicz, in this action.

　　　　　　　　　　　The Plaintiff, Marian Ludkiewicz,
　　　　　　　　　　　By his Counsel

　　　　　　　　　　　Judd L. Peskin, Esq. - BBO No. 556134
　　　　　　　　　　　Jonathan H. Allen, Esq., BBO No. 638033
　　　　　　　　　　　WEINER AND PESKIN, P.C.
　　　　　　　　　　　95 State Street, Suite 918
　　　　　　　　　　　Springfield, MA 01103
　　　　　　　　　　　Tel. No. (413) 732-6840
　　　　　　　　　　　Fax No. (413) 785-5666
　　　　　　　　　　　Date: April 29, 2004

## CERTIFICATE OF SERVICE

I, Judd L. Peskin, Esq., do hereby certify that a true and correct copy of the above and foregoing Appearance, has been served by placing same in the United States Mail, first class, postage prepaid, on this 29th day of April 2004 to:

Gerald G. Sanchez, Esq.
Pierce Atwood
One Monument Square
Portland, ME 04101

Michael J. Chernick, Esq.
73 State Street
Suite 310
Springfield, MA 01103

_____
Judd L. Peskin, Esq.