UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIAN LUDKIEWICZ,  )
        Plaintiff  )
    v.  )
  )  Civil Action Number 04-30039-MAP
UNUM LIFE INSURANCE COMPANY  )
OF AMERICA,  )
        Defendant  )
  )

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

The Plaintiff, Marian Ludkiewicz, hereby moves for leave to amend its Complaint, in accordance with the attached proposed Amended Complaint. The original Complaint was brought in State Court and alleged State Court claims. The proposed Amended Complaint acknowledges preemption of the original State Law claims and alleges an action arising under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 et seq. (ERISA).

        The Plaintiff, Marian Ludkiewicz,
        By his Counsel

        Judd L. Peskin, Esq. - BBO No. 556134
        Jonathan H. Allen, Esq., BBO No.638033
        WEINER AND PESKIN, P.C.
        95 State Street, Suite 918
        Springfield, MA 01103
        Tel. No. (413) 732-6840
        Fax No. (413) 785-5666
        Date: April 29, 2004

## CERTIFICATE OF SERVICE

I, Judd L. Peskin, Esq., do hereby certify that a true and correct copy of the above and foregoing Motion for Leave to Amend Complaint, has been served by placing same in the United States Mail, first class, postage prepaid, on this 29th day of April 2004 to:

Gerald G. Sanchez, Esq.
Pierce Atwood
One Monument Square
Portland, ME 04101

Michael J. Chernick, Esq.
73 State Street
Suite 310
Springfield, MA 01103

_____
Judd L. Peskin, Esq.