UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARIAN LUDKIEWICZ, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 04-30039-MAP |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | ) ) ) | |
| Defendant | ) ) | |

## DEFENDANT'S MOTION TO WITHDRAW ITS MOTION TO DISMISS THE COMPLAINT

Defendant Unum Life Insurance Company of America ("Unum") hereby moves to withdraw its Motion to Dismiss Plaintiff Marian Ludkiewicz' Complaint, dated April 21, 2004, on the basis that Plaintiff has now filed a Motion for Leave to Amend Complaint to bring all of Plaintiff's claims under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 001 *et seq.* ("ERISA"). As a result, the Motion to Dismiss has now been rendered moot. Therefore, Unum respectfully requests that its Motion to Dismiss be withdrawn. Unum also has no objection to Plaintiff's Motion to Amend the Complaint.

Dated: May 4, 2004

Geraldine G. Sanchez
PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100
Attorneys for Defendant
Unum Life Insurance Company of America

{W0235947 1}

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the within document was served upon counsel for Plaintiff, via overnight mail, postage prepaid, addressed as follows:

> Michael J. Chernick, Esq.
> 73 State Street, Suite 310
> Springfield, MA  01103
>
> Judd L. Peskin, Esq.
> Weiner & Peskin, P.C.
> 95 State Street, Suite 918
> Springfield, MA  01103

DATED: May 4, 2004

_____
Geraldine G. Sanchez