UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIAN LUDKIEWICZ,                )
        Plaintiff        )
                                  )
   v.                             )   Civil Action No. 04-30039-MAP
                                  )
UNUM LIFE INSURANCE CO.,          )
        Defendant        )

SETTLEMENT ORDER OF DISMISSAL
September 1, 2004

The court, having been advised on August 30, 2004 , that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and with prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk