UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIAN LUDKIEWICZ, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE COMPANY )<br>OF AMERICA )<br>)<br>Defendant ) | Civil Action No. 04-30039-MAP |

## STIPULATION OF DISMISSAL

NOW COME the Plaintiff, Marian Ludkiewicz, and the Defendant, Unum Life Insurance Company of America, in the above-entitled matter and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that the above-entitled action, including all counts of the Complaint, and all claims and counterclaims which actually were asserted or which could have been asserted, shall be dismissed with prejudice, without costs to any party, and waiving all rights of appeal.

DATED: September 24, 2004

Respectfully submitted,

| MARIAN LUDKIEWICZ, | UNUM LIFE INSURANCE |
|---|---|
| By His Attorney, | COMPANY OF AMERICA |
| | By Their Attorney, |
| Judd L. Peskin | Geraldine G. Sanchez |
| Weiner & Peskin | Pierce Atwood LLP |
| 95 State Street, Suite 918 | One Monument Square |
| Springfield, MA 01103 | Portland, ME 04101 |

{W0275302.1}